In the Matter of the Claim of A. J. PRATTINGER, Respondent, against MAIDEN LANE REALTY COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 18, 1929; decided April 16, 1929.)

*Edward P. Mowton* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.